EVIDENCE

# CRIMINAL GUIDELINES SENTENCING MINUTES

Judge: Lee
Reporter: R. Wilson

Date: 8-13-09    Heard w/ 09cr92.    Start: 10:15-12:30 or End: 2:00-4:42

UNITED STATES OF AMERICA
VS.
Soripada Lubis

Case Number: 09cr91 — MAN — Harboring illegal aliens for financial gain.
— Rule on witnesses invoked per both parties.

Counsel/Government: Michael Frank
Counsel/Defendant: Kevin Brehm

1) Involuntary detention — heard → obj sustained
   Restitution — heard.

Court adopts PSI ___ without exceptions ___ with exceptions: Δ obj. to enhancement of 3 levels to offense level + also the vulnerable victim enhancement. No obj. to crim. hist. category I. Δ also contests issue of restitution. Gov't req. an upward variance.

Offense Level: 17 (Adj. → to 14)
Criminal History: I
Imprisonment Range: 15 to 21 (Δ req. 4 yrs probation or home confinement)
Supervised Release Range: ___ to ___
Fine Range: ___ to ___
Special Assessment $ 1000
Restitution $ 1,000 to Pahru Nov } jt. + severally sustained
            1,000 to Harrie Nov

Court departs from Guidelines pursuant to:
___ USSG 5H1.4
___ USSG 5K1.1
___ USSG 5K2.12
___ USSG 5C1.2
___ Other: ___

2) vulnerable victim enhancement → obj sustained
3) "lg. # of vulnerable victims; sustained — not worth 3/4 levels
   organized leader role should have been
4) Organizer of participants
5) Restitution
* USA adduced evidence as per attached witness list + rested.
Proffered evidence + rested

BOP for ___ months Probation for 3 months yrs. 
Supervised Release for ___ years

GL doesn't promote unwarranted disparities
Age / nature of the crime.

Uncompensated labor:

SPECIAL CONDITIONS:
___ Dft. to remain drug free, submit to In/Out patient testing as directed
___ Dft. must participate in ___ counseling as directed.
___ No new credit
___ Access to all financial records.
___ Dft. must notify employer
___ Dft. must pay restitution in monthly install. of $___ to begin ___ days after release from custody.
___ Drug testing waived
___ Home confinement for the first ___ months to only leave the home for employment, attend medical needs, meet with attorneys, probation officer, or to attend any religious services.
___ Dft. must fully cooperate w/INS in any deportation proceedings; may not re-enter w/o perm.

X PSIR TO BE CHANGED
Worksheet A —
delete 2-level enhanc. for invol. detention
3 level enhancement for multiple victims
3B1.1.b — take out

RECOMMENDATIONS TO BOP:
___ Dft. designated to facility ___
___ Dft. designated to facility to receive intensive drug treatments.
___ Dft. designated to facility to participate in ICC (Boot Camp) type program
___ Dft. to participate in 500 hrs Intensive Drug Treatment Program
___ Dft. designated to minimum level security facility

Defendant ___ Remanded ___ Cont'd on Bond to Self-Surrender as directed by USMS
___ to be Deported Immediately

Worksheet D
-3 Total = 14

Add'l. Spellings:
Tatik Wuryanti / Djarno / Ledeberge / Srimonah
Mustakim / Umar / Mujyati / Turiah / Paruaian