UNITED STATES DISTRICT COURT
Eastern District of Virginia
Alexandria Division

F I L E D
AUG 21 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA
v.

SORIPADA LUBIS
Defendant.

Case Number: 1:09CR00091-001

USM Number: 73144-083

Defendant's Attorney:
Kevin Brehm, Esquire

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to the single-count criminal Information.

The defendant is adjudicated guilty of these offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 8 U.S.C. 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i) and 18 U.S.C. 2 | Harboring illegal aliens | Felony | October 26, 2008 | Information |

As pronounced on August 13, 2009, the defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to 18 U.S.C. 3553 and the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this ___ day of August 2009.

/s/
Gerald Bruce Lee
United States District Judge

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  
Sheet 4 - Probation

Page 2 of 5

Defendant's Name: **SORIPADA LUBIS**  
Case Number: 1:09CR00091-001

## SUPERVISED PROBATION

The defendant is hereby placed on supervised probation for a term of: THREE (3) YEARS.

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of probation.
The defendant shall not commit another federal, state or local crime.
The defendant shall not unlawfully possess or use a controlled substance.
The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
If this judgment imposes a fine or restitution obligation , it is a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## STANDARD CONDITIONS OF PROBATION

The defendant shall comply with the standard conditions that have been adopted by this court set forth below.

1) The defendant shall not leave the judicial district without the permission of the court or probation officer;
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) The defendant shall support his or her dependants and meet other family responsibilities;
5) The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician;
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) The defendant shall not enter into any agreement to act as an informer for a special agent of a law enforcement agency without the permission of the court;
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  
Sheet 4A - Probation

Page 3 of 5

Defendant's Name: SORIPADA LUBIS
Case Number: 1:09CR00091-001

# SPECIAL CONDITIONS OF SUPERVISED PROBATION

While on supervised probation, pursuant to this Judgment, the defendant shall also comply with the following special conditions:

1) The defendant shall exhibit uniform good behavior.

2) The defendant shall obtain and maintain gainful employment.

3) In the event that restitution is not paid in full immediately, then it shall be a special condition of supervised probation that defendant pay restitution in the monthly amount of ONE HUNDRED DOLLARS ($100.00), jointly and severally, until restitution is paid in full, as directed by the Probation Officer.

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  Page 4 of 5
Sheet 5 - Criminal Monetary Penalties

| Defendant's Name: | SORIPADA LUBIS |
|---|---|
| Case Number: | 1:09CR00091-001 |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| Information | $100.00 | $0.00 | $2,000.00 |
| **TOTALS:** | $100.00 | $0.00 | $2,000.00 |

No fines have been imposed in this case, in light of defendant's significant restitution obligation.

The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C Section 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Count | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|---|
| Heti Binti Pahru (address information to be provided by Probation) | Information | $1,000.00 | $1,000.00 | Jointly and severally |
| Hanik Muflikhatin M. Noor (address information to be provided by Probation) | Information | $1,000.00 | $1,000.00 | Jointly and severally |
| **TOTALS:** | | $2,000.00 | $2,000.00 jointly and severally | |

Payments of Restitution are to be made payable to Clerk, U.S. District Court.

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  Page 5 of 5
Sheet 6 - Schedule of Payments

Defendant's Name: **SORIPADA LUBIS**
Case Number: **1:09CR00091-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

The special assessment shall be due in full immediately.

The restitution shall be paid during the defendant's term of supervised release.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment (2) restitution principal (3) restitution interest (4) fine principal (5) fine interest (6) community restitution (7) penalties and (8) costs, including cost of prosecution and court costs.

Nothing in the Court's order shall prohibit the collection of any judgment or fine by the United States.

Joint and Several restitution ORDERED in this case and co-defendant's case, jointly and severally, to the victims listed below:

| Defendant and Co-Defendant's | Case Numbers | Total Amount | J/S Amount | Corresponding Payee |
|---|---|---|---|---|
| Siti Siregar, co-defendant (address information to be provided by Probation) | 1:09CR00092-001 | $1,000 | $1,000 | Heti Binti Pahru |
| Siti Siregar, co-defendant (address information to be provided by Probation) | 1:09CR00092-001 | $1,000 | $1,000 | Hanik Muflikhatin M. Noor |